UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Elizabeth G. Reagan,
    Plaintiff

        v.                    Case No.  1:99-cv-544

William L. Embry,
    Defendant

## ORDER AFFIRMING REPORT AND RECOMMENDATION

      This matter is before the Court on the Magistrate Judge's Report and Recommendation filed January 25, 2008 (Doc. 28).

      Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections have been filed to the Magistrate Judge's Report and Recommendation.

      Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation to be correct.

      Accordingly, **IT IS ORDERED** that the Magistrate Judge's Report is **ADOPTED** and defendant's motion to set aside default judgment is **DENIED**.

Date: <u>February 22, 2008</u>                  s/Sandra S. Beckwith
                                                    Sandra S. Beckwith
                                                    United States District Judge